# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131626 & (15)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 131626
                                          COA: 269859
                                          Bay CC: 04-010246-FH
                                                               04-010549-FH

MARK STEVEN BRYAN, JR.,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 1, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to adjourn sentencing and withdraw plea is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

p1023

Clerk